473 A.2d 649

Commonwealth v. Nelson, Appellant.

Petition for Allowance of Appeal
Denied Sept. 5, 1984.

Submitted October 14, 1983. Joseph C. Barnhart, for appellant; Richard A. Hernan, Jr., District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.

473 A.2d 650

Commonwealth v. Nicholson, Appellant.

Submitted November 4, 1983. Martin L. Trichon, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Order affirmed.